**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | |
|---|---|
| 1. **Debtor's name** | **Fatina Cuisine LLC** |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **dba Milano's Pizza** |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  4  7  4  5  9  3  2 |

4. **Debtor's address**

**Principal place of business**

**433 S Seven Point Drive**
Number   Street
_____

**Seven Point**  **TX**  **75143**
City   State   ZIP Code

**Henderson**
County

**Mailing address, if different from principal place of business**

**1301 Northwest Hwy**
Number   Street
**Suite 207**
P.O. Box

**Garland**  **TX**  **75041**
City   State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number   Street
_____
_____
City   State   ZIP Code

5. **Debtor's website (URL)**   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Fatina Cuisine LLC** _____   Case number (if known) _____

---

**7.  Describe debtor's business**

*A.  Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑  None of the above

*B.  Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See*
http://www.uscourts.gov/four-digit-national-association-naics-codes

__7__  __2__  __2__  __5__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐  Chapter 7
☐  Chapter 9
☑  Chapter 11.  *Check all that apply:*

    ☑  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑  The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐  A plan is being filed with this petition.

    ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

---

Debtor  **Fatina Cuisine LLC**                                                Case number (if known) _____

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
             MM / DD / YYYY
        District _____ When _____ Case number _____
             MM / DD / YYYY
        District _____ When _____ Case number _____
             MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____ Relationship _____
         District _____ When _____
                  MM / DD / YYYY
         Case number, if known _____

         Debtor _____ Relationship _____
         District _____ When _____
                  MM / DD / YYYY
         Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                           Number    Street
                           _____
                           City          State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

Debtor  **Fatina Cuisine LLC**                                          Case number (if known) _____

| | **Statistical and adminstrative information** |
|---|---|

**13. Debtor's estimation of available funds**

Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999

- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000

- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☑ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/31/2024**
MM / DD / YYYY

**X  /s/ Mahmoud Abu Azab**
Signature of authorized representative of debtor
**Mahmoud Abu Azab**
Printed name
**Manager**
Title

Debtor   **Fatina Cuisine LLC** _____   Case number (if known) _____

| | |
|---|---|

**18.   Signature of attorney**

**X** **/s/ Joyce W. Lindauer** _____   Date **01/31/2024** _____
Signature of attorney for debtor                          MM / DD / YYYY

**Joyce W. Lindauer** _____
Printed name

**Joyce Lindauer** _____
Firm name

**Joyce W. Lindauer Attorney, PLLC** _____
Number        Street

**1412 Main Street, Suite 500** _____

**Dallas** _____   **TX** _____   **75202** _____
City                                    State          ZIP Code

**(972) 503-4033** _____   **joyce@joycelindauer.com** _____
Contact phone                           Email address

**21555700** _____   **TX** _____
Bar number                              State

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

IN RE:   **Fatina Cuisine LLC**                                                          CASE NO

                                                                                                       CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/31/2024 _____               Signature   **/s/ Mahmoud Abu Azab**_____
                                                                                                          *Mahmoud Abu Azab*
                                                                                                          *Manager*

Date _____               Signature _____

Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548

Brightspeed
P.O. Box 6102
Carol Stream, IL 60197

Carisa Roush
c/o The Queenan Law Firm, P.C.
731 Station Dr
Arlington, TX 76015

Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711-0000

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, TX 75242

Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116

Lisanti Food Service of Texas Inc
2010 Lakeside Pkwy
#100
Flower Mound, TX 75028

Nelson Propane
P.O. Box 2127
Corsicana, TX 75151

Pierson & Fendley Insurance Agency LLC
419 N Main Street
Bonham, TX 75418


RBR Enterprises
310 A South 9th Street
Corsicana, TX 75110


Securities and Exchange Commission
Fort Worth Regional Office
c/o Farol Parcol, Bankruptcy Counsel
801 Cherry Street, 11th Floor
Fort Worth, TX 76102

Texas Workforce Commission
101 E. 15th Street
Austin, TX 78778-0001


The Hartford Insurance
3000 Internet Blvd
#600
Frisco, TX 75034


Trinity Valley Electric Cooperative
P.O. Box 1228
Kaufman, TX 75142


U.S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U.S. Small Business Administration
10737 Gateway West
#300
El Paso, TX 79935


U.S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702

```
West Cedar Creek M.U.D.
921 South Tool Drive
Tool, TX 75143
```