5:08 PM
02/07/24
Accrual Basis

# Fatina Cuisine LLC
## Profit & Loss
### January through December 2023

|  | Jan - Dec 23 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Food Sales | 356,780.00 |
| **Total Income** | 356,780.00 |
| **Cost of Goods Sold** | |
| Cash Paid Out | 7,513.07 |
| Purchases | 171,535.31 |
| **Total COGS** | 179,048.38 |
| **Gross Profit** | 177,731.62 |
| **Expense** | |
| Accounting Fees | 3,760.00 |
| Advertising and Promotion | 795.00 |
| Bank Service Charges | 6.00 |
| Bonus | 40.00 |
| Computer and Internet Expenses | 261.64 |
| Contract Labor | 1,609.90 |
| Credit Card Fees | 2,783.48 |
| Depreciation Expense | 9,012.00 |
| Donations | 100.00 |
| Insurance Expense | 2,134.31 |
| Interest Expense | 1,305.00 |
| Payroll Expenses | 95,234.73 |
| Payroll Expenses Taxes | 7,798.88 |
| Pest Control | 667.77 |
| Rent Expense | 11,400.00 |
| Repairs and Maintenance | 1,733.17 |
| Telephone Expense | 709.83 |
| Utilities | 2,247.08 |
| **Total Expense** | 141,598.79 |
| **Net Ordinary Income** | 36,132.83 |
| **Net Income** | **36,132.83** |